UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. BAUMER,<br><br>                              Petitioner,<br><br>   v.<br><br>JAMES TILTON, Warden,<br><br>                              Respondent. | Civil No.   06-CV-1361 JM (CAB)<br><br>**ORDER RE PETITIONER'S REQUEST FOR A COPY OF ORDER DATED OCTOBER 23, 2006**<br>**[Doc. # 14]** |

This is a Petition for Writ of Habeas Corpus brought under 28 U.S.C. § 2254.  On September 29, 2006, the Court received Petitioner's Motion for Stay and Abeyance of the Petition ("motion").  [Doc. # 6].  On October 23, 2006, the Court issued an order containing the requirements for demonstrating that the stay and abeyance procedure is appropriate in this case, and the briefing schedule for doing so.  [Doc. # 7].  Petitioner was allowed until November 20, 2006 to file an amended motion if he so desired.[1]  On December 6, 2006, Respondent filed an opposition to the motion.  [Doc. # 11].

On December 14, 2006, Petitioner filed a request for a copy of the October 23, 2006 Order.[2] Petitioner states that he had not received a copy before and found out about the Order when he read Respondent's opposition.

---

[1] No amended motion was filed.  On November 20, 2006, however, Petitioner filed a document entitled "Petitioner's Status Report Re Petitioner's Motion for Stay and Abeyance" and on December 1, 2006, a document entitled "Petitioner's Supplemental Argument in Support of Motion for Stay and Abeyance."  [Doc. ## 10 and 14, respectively].

[2] Petitioner refers to the Order as dated October 24, 2006.

1

The chambers staff will, this time only, mail a copy of the Order to Petitioner's current address on the docket. The Court notes that Petitioner has already filed two supplemental documents related to his motion. [*See* doc. ## 10, 14]. However, considering that Petitioner has not had an opportunity to review the requirements for demonstrating that stay and abeyance is appropriate for his Petition, he is given until January 22, 2007 to file a reply to Respondent's opposition.

**IT IS SO ORDERED.**

DATED: December 20, 2006

     _____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge