UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. BAUMER,<br><br>              Petitioner,<br><br>      v.<br><br>JAMES TILTON, Warden,<br><br>              Respondent. | Civil No.   06-CV-1361 JM (CAB)<br><br>**ORDER DENYING PETITIONER'S "REQUEST FOR RELIEF"**<br><br>[Doc. # 19] |

    Petitioner William J. Baumer ("Petitioner" or "Baumer"), a state prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. On January 19, 2007, Petitioner filed a "Request for Relief" which sought an order to show cause, a request for an evidentiary hearing, appointment of counsel, and "any and all other relief found necessary or appropriate." For the reasons below, these requests are **DENIED.**

    Any motion or request brought before the court must be legally and factually supported. Petitioner has not offered any law or facts in support of his requests. Without being provided with some basis for the relief sought, this Court cannot determine the merits of Petitioner's requests. Accordingly, each of the requests is denied without prejudice. Petitioner may refile his requests with the appropriate

///

///

///

1 | explanation of the grounds for relief.
2 |   **IT IS SO ORDERED.**
3 |
4 | **DATED: July 31, 2007**
5 |
6 |             CATHY ANN BENCIVENGO
            **United States Magistrate Judge**