# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. BAUMER,<br><br>                    Petitioner,<br>   vs.<br>JAMES TILTON, Warden,<br><br>                    Respondent. | CASE NO. 06 CV 1361 JM (CAB)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE FIRST AMENDED PETITION** |

In a September 28, 2007 order adopting Magistrate Judge Bencivengo's Report and Recommendations as modified, the court ordered Petitioner to file an amended 28 U.S.C. § 2254 petition no later than 30 days from the date of the order. On October 29, 2007, Petitioner filed a motion for a ten-day extension of time to file his first amended petition. (<u>See</u> Docket no. 26.) Petitioner has demonstrated good cause for the requested extension. Accordingly, the court hereby GRANTS Petitioner's motion and orders Petitioner to file his amended petition no later than November 7, 2007.

**IT IS SO ORDERED.**

**DATED: November 2, 2007**

_____
**Hon. Jeffrey T. Miller
United States District Judge**

cc:        All parties