# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. BAUMER,<br><br>　　　　　　　　　　Petitioner,<br>　vs.<br><br>JAMES TILTON, Warden,<br><br>　　　　　　　　　　Respondent. | CASE NO. 06 CV 1361 JM (CAB)<br><br>**ORDER VACATING THIS COURT'S ORDER GRANTING EXTENSION OF TIME**<br><br>**(Docket No. 28)** |

　　　　Magistrate Judge Bencivengo issued a November 1, 2007 order granting Petitioner an extension of time to file a first amended petition, pursuant to which Petitioner must file his petition no later than November 9, 2007 (see Docket no. 27).  In light of that order, on the court's own motion, the court hereby **VACATES** as duplicative this court's own order granting an extension of time (see Docket no. 28, setting deadline for November 7, 2007).

　　　　**IT IS SO ORDERED.**

DATED: November 5, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties