# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

William J. Baumer

**V.**                                                          **JUDGMENT IN A CIVIL CASE**

James Tilton

                                                            CASE NUMBER:   06cv1361-JM(CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court hereby adopts the Report and Recommendation in its entirety, denies the § 2254 petition, denies the request for an evidentiary hearing, and denies the motion for reconsideration.............................
.................................................................................................................................................................

| July 8, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                     S/ T. Lee
                                                    (By) Deputy Clerk

                                                    ENTERED ON July 8, 2008